# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>**EDWARD J. GLEASON, (01)**<br>a/k/a/ "CHAMP",<br>a/k/a "MEXICO",<br>[DOB: 07/20/1975]<br><br>**MICHAEL C. WINN, (02)**<br>[DOB: 08/05/1956]<br><br>**ANTONY P. ZICARELLI, (03)**<br>a/k/a "ZIGGY"<br>[DOB: 04/20/1960]<br><br>**and**<br><br>**TERRANCE A. HACKETT, (04)**<br>a/k/a/ "DREADS",<br>[DOB: 06/17/1988]<br><br><br><br>                Defendants.<br><br><br>**Defendant Charged Counts Summary:**<br>**GLEASON (01)**: Counts 1 through 10<br>**WINN (02)**: Count 1<br>**ZICARELLI (03)**: Counts 1, 11, 12, 13, 14 and 15<br>**HACKET (04)**: Counts 1 and 15 | Case No. _____<br><br>**COUNT ONE**:<br>*(Conspiracy to Distribute 500 Grams or More of Methamphetamine)*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846<br>NLT: 10 Years Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT: 5 Years Supervised Release<br>Class A Felony<br><br>**COUNTS TWO, THREE, and FIVE through FOURTEEN:**<br>*(Distribution of Methamphetamine)*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (all counts); and 18 U.S.C. § 2 (Count Six only)<br>NMT: 20 Years Imprisonment<br>NMT: $1,000,000 Fine<br>NLT: 3 Years Supervised Release<br>Class C Felony<br><br>**COUNTS FOUR and FIFTEEN:**<br>*(Possession With Intent to Distribute 50 Grams or More of Methamphetamine)*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B) (both counts); and 18 U.S.C. § 2 (Count Fifteen only)<br>NLT: 5 Years Imprisonment<br>NMT: 40 Years Imprisonment<br>NMT: $5,000,000 Fine<br>NLT: 4 Years Supervised Release<br>Class B Felony<br><br>**FORFEITURE ALLEGATION**:<br>All Defendants<br>21 U.S.C. § 853 |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

From on or about October 1, 2014, continuing until the date of this indictment, in the Western District of Missouri and elsewhere, the defendants, **EDWARD J. GLEASON, a/k/a "CHAMP", a/k/a "MEXICO", MICHAEL C. WINN, ANTONY P. ZICARELLI, a/k/a "ZIGGY", and TERRANCE A. HACKET, a/k/a "DREADS"** did knowingly and intentionally combine, conspire, confederate, and agree with each other and others, both known and unknown to the Grand Jury, to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

## COUNT TWO

On or about February 16, 2015, in the Western District of Missouri, the defendant, **EDWARD J. GLEASON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about March 2, 2015, in the Western District of Missouri, the defendant, **EDWARD J. GLEASON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about March 12, 2015, in the Western District of Missouri, the defendants, **EDWARD J. GLEASON**, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FIVE

On or about August 4, 2015, in the Western District of Missouri, the defendant, **EDWARD J. GLEASON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SIX

On or about August 26, 2015, in the Western District of Missouri, the defendant, **EDWARD J. GLEASON**, aiding and abetting another, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about September 24, 2015, in the Western District of Missouri, the defendant, **EDWARD J. GLEASON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHT

On or about December 3, 2015, in the Western District of Missouri, the defendant, **EDWARD J. GLEASON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT NINE

On or about December 15, 2015, in the Western District of Missouri, the defendant, **EDWARD J. GLEASON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TEN

On or about January 21, 2016, in the Western District of Missouri, the defendant, **EDWARD J. GLEASON**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT ELEVEN

On or about March 2, 2016, in the Western District of Missouri, the defendant, **ANTONY P. ZICARELLI**, **a/k/a "ZIGGY",** did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWELVE

On or about March 9, 2016, in the Western District of Missouri, the defendant, **ANTONY P. ZICARELLI, a/k/a "ZIGGY",** did knowingly and intentionally distribute a

4

Case 4:17-cr-00132-BP   Document 1   Filed 04/19/17   Page 4 of 7

mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THIRTEEN

On or about April 20, 2016, in the Western District of Missouri, the defendant, **ANTONY P. ZICARELLI, a/k/a "ZIGGY",** did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOURTEEN

On or about May 5, 2016, in the Western District of Missouri, the defendant, **ANTONY P. ZICARELLI, a/k/a "ZIGGY",** did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIFTEEN

On or about May 11, 2016, in the Western District of Missouri, the defendants, **ANTONY P. ZICARELLI, a/k/a "ZIGGY",** and **TERRANCE A. HACKETT , a/k/a "DREADS",** aiding and abetting each other, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

# FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Fifteen of this Indictment are re-alleged and incorporated by reference for the purpose of alleging a forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Fifteen of this Indictment, the defendants, **EDWARD J. GLEASON, a/k/a "CHAMP", a/k/a "MEXICO", MICHAEL C. WINN, ANTONY P. ZICARELLI, a/k/a "ZIGGY", and TERRANCE A. HACKET, a/k/a "DREADS"**, shall forfeit to the United States all property, real and personal, constituting, or derived from, proceeds obtained, directly and indirectly, as a result of the violations incorporated by reference in this Allegation and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of the violations alleged in Counts One through Fifteen of this Indictment, including, but not limited to the following:

    a. All currency which was received during, involved in or used or intended to be used to facilitate the crimes alleged in Counts One through Fifteen of this Indictment, which amount is at least $3,494,400 in proceeds, as a money judgment, in that the property was involved in the offenses or is traceable to such property, in violation of Title 21, United States Code, Section 841(a)(1).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

6

Case 4:17-cr-00132-BP   Document 1   Filed 04/19/17   Page 6 of 7

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty.

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

| 4/19/17 | /s/ Megan M. DeLeo |
|---|---|
| DATE | FOREPERSON OF THE GRAND JURY |

/s/ Alison D. Dunning
Alison D. Dunning, #47938
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri