IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF
MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA PLAINTIFF, v. EDWARD J. GLEASON D.O.B: 7-20-75 Defendant | CASE No. 17-00132-01/CH-CR-W-GAF |

Motion To Remove or
Dismiss Defense Counselor
For Ineffective Assistance
(In Forma Pauperis)

COMES NOW I THE Defendant EDWARD J. GLEASON REQUEST DISMISSAL OR REMOVAL of Defense Counselor Robert Kuchar For INEFFECTIVE ASSISTANCE of COUNSEL.

Robert Kuchar is Refusing to represent me Completely, Adequately, and Effectively as it is my 6th AMENDMENT Right To Have Effective Counsel Pursuant to The UNITED STATES CONSTITUTION.

Counsel is Trying to Achieve the Exact something My Adversary (THE GOVERNMENT) is Trying To Achieve, which is a Guilty PLEA, or a

•1•

Finding of Guilt.

I have Trial Approaching in September of 2018, and Counsel Refuses to Investigate any area of My case regarding the facts as I've submitted or tried submitting through various Queries by way of verbal and written correspondence. Counsel refuses to File Motions on My Behalf, as I was assured back in March of 2018 Counsel would. I am not in Fact as to any Motions Filed with the Courts, or if the Deadline Date has Expired.

The 6th AMENDMENT states clearly: Defense Counsel can Deprive a Defendant of Effective Assistance by failing to Provide Competent Representation that is Adequate to Ensure a Fair Trial, or more Broadly, a Just Outcome.

No State may Proceed against a Defendant whose Counsel, appointed or retained, cannot Defend Him Fully and Faithfully.

Robert Kuchar' outlook, act of direction, and/or approach to My case seems more like that of a Federal Prosecutor, whose "purpose" and "intent" is to "suffocate" rather than give "life" to any possible "belief" that may "Exist."

I stated to Robert Kuchar, if He's not willing to Perform the Necessary Duties that consist of being My Lawyer, then it would be best if He Filed a Motion to Remove Himself

off my case. We had a few words Back and Forth, at which Robert Kuchar stated, If I wanted Him off my case, then I should write the Judge Myself, because He was not going to File a Motion to do so.

Counsel has failed to Act as an Attorney Jurisioned by "Strickland" in that He has failed to visit with Me to discuss Plausable Lines of Defense, or a Viable Defensive Strategy.

Furthermore, Robert Kuchar has, and is, refusing to disclose my Entire Discovery, share the alleged surveillance evidence lodged against Me in his possession, and by doing so, violating My 14th AMENDMENT of Due Process. Robert Kuchar has made it no Secret, in Positioning Himself to Jepordize, and Sabotage My case in all ways possible by His actions towards Myself, and My case.

Respectfully Submitted,
Edward Gleason

Edward Gleason
Subscribed and Sworn before me this 2nd day of July, 2019, in Bates Co, MO.

Jami Page
NOTARY Public

JAMI PAGE
NOTARY PUBLIC - STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 4, 2020
BATES COUNTY