# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00132-01-CR-W-GAF |
| ) | |
| EDWARD J. GLEASON, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW Robert Kuchar, Assistant Federal Public Defender and counsel for defendant, Edward J. Gleason, and moves this Court for an Order granting leave to withdraw as counsel of record for defendant Gleason.

## SUGGESTIONS IN SUPPORT

1. On April 20, 2017, the Office of the Federal Public Defender was appointed to represent the defendant.

2. Counsel has determined that a conflict of interest prevents counsel from representing the interests of defendant Gleason. Continued representation by the Office of the Federal Public Defender would deny the defendant his right to conflict free counsel and alternate counsel should be appointed for Mr. Gleason at the earliest available date.

WHEREFORE, for the reasons set forth herein, Robert Kuchar, moves this Court for an Order granting leave to withdraw as counsel of record for the defendant Edward J. Gleason, and for an order appointing alternate counsel so that Mr. Gleason can proceed to prepare his case for either a plea or trial.

Respectfully submitted,

 /s/ Robert Kuchar
Robert Kuchar
Assistant Federal Public Defender
818 Grand Avenue, Suite 300
Kansas City, Missouri 64106
(816) 471-8282

## **CERTIFICATE OF SERVICE**

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby certified that the foregoing Motion was electronically filed and transmitted to Alison Dunning, Assistant United States Attorney, Western District of Missouri, Counsel for Plaintiff, 400 E. 9th St., 5th Floor, Kansas City, Missouri 64106, this 22nd day of January, 2019.

 /s/ Robert Kuchar
Robert Kuchar