IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. |
| PLAINTIFF, | 17-00132-01 / 04-CR-W |
| V. | GAF |
| EDWARD J GLEASON | |
| D.O.B. : 7/20/75 | |
| DEFENDANT | |

MOTION TO REMOVE OR DISMISS
DEFENSE COUNSELOR FOR **NON-EFFECTIVE** ASSISTANCE
(IN FORMA PAUPERIS)

COMES NOW, I THE DEFENDANT EDWARD J.
GLEASON REQUEST DISMISSAL OR REMOVAL OF
DEFENSE COUNSELOR JOHN OSGOOD FOR **NON-EFFECTIVE** ASSISTANCE THUS FAR.

JOHN OSGOOD HAS NOT and/or is UNWILLING
TO PERFORM THE NECESSARY DUTIES OF an ADEQUATE
and DILIGENT DEFENSE COUNSELOR who's COMPETENT
REPRESENTATION WOULD ETHICALLY ENSURE
DEFENDANT EDWARD J GLEASON WOULD BE
REPRESENTED FAIRLY at TRIAL, OR MORE BROADLY,
RECEIVE a JUST OUTCOME.

DEFENSE COUNSELOR JOHN OSGOOD, HAS in no
way, TRIED OR ATTEMPTED to ESTABLISH by way of

(1)

REGULAR VISIT'S, NEEDED TO COMMUNICATE, FOR THE PURPOSE(S) OF ALLOWING DEFENDANT EDWARD J. GLEASON to, (1) REVIEW "all" discovery information DEFENSE COUNSELOR has in his possession; not to exclude electronics, photographic, audio, video, phone recordings, and or etcetera. (2) discuss "all" discovery information lodged against DEFENDANT, in order to establish, with vigor, a viable Defensive Strategy and or Plausable Lines of Defense. (3) Motion filing; which now only seems able; out of time. And; (4) To investigate any and all areas of Indicted count(s) charged to the Defendant EDWARD J. GLEASON.

FURTHERMORE. THERE ARE ADDITIONAL ISSUES of IMPORTANT CONCERN, in REGARDS to THE COURSE DEFENSE COUNSELOR JOHN OSGOOD has and is STEERED TOWARDS THUS FAR. ISSUES of ADDITIONAL CONCERN, WILL and or SHALL BE DISCUSSED, GIVEN THE COURT SEE REASON TO GRANT A HEARING DUE to MOTION REQUEST.

RESPECTFULLY SUBMITTED,

Edward J Gleason

Subscribed and sworn before me on this 3rd day of March 2020 in Bates County Missouri

Commission Expires
June 6, 2020

REBECCA JEAN TERRY
Notary Public – Notary Seal
STATE OF MISSOURI
Cass County
My Commission Expires June 6, 2020
Commission #16869664

Rebecca Terry
Notary Public