IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| v. | | Case No. 17-00132-01-CR-W-GAF |
| EDWARD J. GLEASON, | | |
| Defendant. | | |

## GOVERNMENT'S MOTION TO DISMISS COUNTS FIVE THROUGH TEN OF THE INDICTMENT

Comes now the United States of America, by and through its undersigned counsel, and in order to narrow the issues for trial against the defendant, Edward J. Gleason, moves this Court to dismiss, without prejudice, **Counts Five through Ten** of the Indictment as to the defendant.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By  */s/Alison D. Dunning*

Alison D. Dunning
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri  64106
Telephone:  (816) 426-3122

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was delivered on July 10, 2020, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

              /s/Alison D. Dunning
              Alison D. Dunning
              Assistant United States Attorney